JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Nina Bailey,<br><br>        Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, [1]<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. 1:19-cv-01313-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 02/26/2020 to 03/27/2020, for Plaintiff to serve on defendant with PLAINTIFF'S LETTER BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.  Counsel requires additional time to brief the issues thoroughly for the Court's consideration.  Defendant  does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

---

[1]  Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).  See also section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1

Respectfully submitted,

Dated: February 25, 2020				PENA & BROMBERG, ATTORNEYS AT LAW


					By: */s/ Jonathan Omar Pena*
						JONATHAN OMAR PENA
						Attorneys for Plaintiff


Dated: February 25, 2020			MCGREGOR W. SCOTT
						United States Attorney
						DEBORAH LEE STACHEL
						Regional Chief Counsel, Region IX
						Social Security Administration


					By:	*/s/ Chantal Jenkins OBO Daniel P. Talbert*
						Chantal Jenkins OBO Daniel P. Talbert
						Special Assistant United States Attorney
						Attorneys for Defendant
						(*As authorized by email on 02/25/2020)

## ORDER

Pursuant to the parties' above stipulation, (Doc. 11), for good cause shown, Plaintiff shall have until March 27, 2020, to serve her confidential letter brief on Defendant. All other deadlines in the scheduling order, (Doc. 5), are hereby modified accordingly.


IT IS SO ORDERED.

Dated:    **February 26, 2020**				/s/ *Sheila K. Oberto*
							UNITED STATES MAGISTRATE JUDGE