JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nina Bailey,<br><br>          Plaintiff,<br><br>     vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>          Defendant. | Case No. 1:19-CV-01313<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

   IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from June 29, 2020 to July 29, 2020, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly. This is Plaintiff's third request for an extension of time, but first request for this task.  Good cause exists for this request.

   As with most organizations, COVID-19 has taken a toll on the regular course of business within Counsel's office. As a result of the various executive orders throughout Fresno County and the State of California, along with the recommendations for Social Distancing, Plaintiff's Counsel is operating with very limited staff.   The Office of Hearings Operations is still conducting telephonic hearings.  As it is required to continue the normal day-to-day tasks involved in developing cases and the requirements of the five-day rule related to submission of evidence to

1

the Administrative Law Judge which is imposed under 20 CFR § 404.935, Counsel must still continue normal operations but with a significantly reduced level of support.  Additionally, Counsel requires that his staff self-quarantine when COVID-19 symptoms appear, thus further reducing support necessary to timely and efficiently process the workload.

Additionally, the week of 6/14/2020, Plaintiff's Counsel has 25 administrative hearings 2 Motions for Summary Judgement, 5 Opening briefs, and 3 Reply briefs. The week of 6/21/2020, Plaintiff's Counsel had 28 administrative hearings, 12 Opening briefs, and 1 Letter brief.  Each of the administrative hearings also requires administrative hearing briefs with a full summary of the medical records and legal arguments.

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                         Respectfully submitted,

Dated:  June 9, 2020           PENA & BROMBERG, ATTORNEYS AT LAW


                                  By: */s/ Jonathan Omar Pena*  
                                        JONATHAN OMAR PENA  
                                        Attorneys for Plaintiff


Dated: June 9, 2020            MCGREGOR W. SCOTT  
                                       United States Attorney  
                                       DEBORAH LEE STACHEL  
                                       Regional Chief Counsel, Region IX  
                                       Social Security Administration


                                  By:  **/s/ Daniel P. Talbert*  
                                        Daniel P. Talbert  
                                        Special Assistant United States Attorney  
                                       Attorneys for Defendant  
                                       (*As authorized by email on June 9, 2020)

**ORDER**

Pursuant to the parties' above stipulation, (Doc. 17), for good cause shown, Plaintiff shall file her opening brief by no later than July 29, 2020.  All other deadlines in the scheduling order are modified accordingly.

IT IS SO ORDERED.

Dated:     **June 9, 2020**                                    /s/ *Sheila K. Oberto*                     
                                                                                UNITED STATES MAGISTRATE JUDGE